IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MAX W. COLL, II et al.,

    Plaintiffs,

vs.                                               Case No. CIV 06-348 WFD/DJS

FIRST AMERICAN TITLE INSURANCE
COMPANY et al.,

    Defendants.

and

CHARLES T. MURPHY et al.,

    Plaintiffs,

vs.                                              Case No. CIV 06-441 WFD/DJS

FIDELITY NATIONAL TITLE INSURANCE
COMPANY et al.,

    Defendants.

## JUDGMENT

On April 21, 2008, this Court entered an Amended Order dismissing Plaintiffs' claims against the title insurer defendants and remanding Plaintiffs' claims against the State defendants to the First Judicial District for the County of Santa Fe, New Mexico for all further proceedings. For the reasons set forth more fully in that Order and the Court finding no just reason for further delay, directs entry of final judgment as follows:

(1) Final judgment in favor of Defendant First American Title Insurance Company and against the Plaintiffs is hereby entered dismissing Plaintiffs' claims against First American Title Insurance with prejudice, including an award of costs to be taxed to Plaintiffs pursuant to Rule 54(d)(1);

(2) Final judgment in favor of Defendant Commerce Title and against the Plaintiffs is hereby entered dismissing Plaintiffs' claims against Commerce Title with prejudice, including an award of costs to be taxed to Plaintiffs pursuant to Rule 54(d)(1);

(3) Final judgment in favor of Defendant Old Republic and against the Plaintiffs is hereby entered dismissing Plaintiffs' claims against Old Republic with prejudice, including an award of costs to be taxed to Plaintiffs pursuant to Rule 54(d)(1);

(4) Final judgment in favor of Defendant Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation, and Transnation Title Insurance Company and against the Plaintiffs is hereby entered dismissing Plaintiffs' claims against Defendant Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation, and Transnation Title Insurance Company with prejudice, including an award of costs to be taxed to Plaintiffs pursuant to Rule 54(d)(1);

(5) Final judgment in favor of Defendant United General Title Insurance Company and against the Plaintiffs is hereby entered dismissing Plaintiffs' claims against

United General Title Insurance Company with prejudice, including an award of costs to be taxed to Plaintiffs pursuant to Rule 54(d)(1);

(6) Final judgment in favor of Defendant Fidelity National Title Insurance Company, Chicago Title Insurance Company, and Ticor Title Insurance Company and against the Plaintiffs is hereby entered dismissing Plaintiffs' claims against Fidelity National Title Insurance Company, Chicago Title Insurance Company, and Ticor Title Insurance Company with prejudice, including an award of costs to be taxed to Plaintiffs pursuant to Rule 54(d)(1);

(7) Final judgment in favor of Defendant Stewart Title Guaranty Company and against the Plaintiffs is hereby entered dismissing Plaintiffs' claims against Stewart Title Guaranty Company with prejudice, including an award of costs to be taxed to Plaintiffs pursuant to Rule 54(d)(1).

DATED this 24th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE