IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MAX W. COLL, II et al.,

    Plaintiffs,

vs.                                                                        Case No. CIV 06-348 WFD/DJS

FIRST AMERICAN TITLE INSURANCE
COMPANY et al.,

    Defendants.

and

CHARLES T. MURPHY et al.,

    Plaintiffs,

vs.                                                                          Case No. CIV 06-441 WFD/DJS

FIDELITY NATIONAL TITLE INSURANCE
COMPANY et al.,

    Defendants.

ORDER ON MANDATE

    The above-entitled matters having been appealed to the United States Court of Appeals for the Tenth Circuit and the appellate court having affirmed in part and having remanded these cases on May 18, 2011 for further proceedings in accordance with the Tenth Circuit's April 26, 2011 Order, it is

    ORDERED that this matter be restored to the civil docket for further action consistent

with the Mandate;

IT IS FURTHER ORDERED that pursuant to the Mandate of the United States Court of Appeals for the Tenth Circuit, Plaintiffs' state constitutional claims are now DISMISSED WITHOUT PREJUDICE for lack of standing.

DATED this 3rd day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE